UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| RANDALL LOZAR, HEATHER LOZAR, JUAN CORTEZ, ERICA CORTEZ, RANDY T. BAKER, MARCY BAKER, SONNY BUSTILLOS, DEANNA BUSTILLOS, JUAN RODRIGUEZ, JUANITA RODRIGUEZ, DALE ZUIDEMA, DAVID NAUTA, DANIEL MARTINEZ, NYOKA MARTINEZ, HAROLD HICKS, DEANA HICKS, JENNIFER HICKS, CLIFTON HICKS, JANICE REED, STEPHEN MARTIN, FRANCIS MARTIN, JANE JACOBSON, LEON STAM, MARIA GONZALEZ, DIANA MARTINEZ, FIDEL MORALES, MONROE GEORGE, JOSE FERNANDEZ, NOEMI DIAZ MIGUEL, SIGFREDO ARRIOLA, SAN JUAN BENEVIDES, MARTIN DE LUCAS, FELIPA DIAZ, ANNE HANSON, VINCENTE JAMES, ELENO DIAS, ROGER MARTIN, MICHELLE MARTIN, FRANCISCO RODRIGUEZ, and MARIA RODRIGUEZ, <br><br>      Plaintiffs,<br>v<br><br>BIRDS EYE FOODS, INC.,<br><br>      Defendant.<br>_____/ | Case No. 1:09-cv-10<br><br>Hon. Paul L. Maloney<br>Chief U.S. District Judge<br><br>Hon. Joseph G. Scoville<br>U.S. Magistrate Judge<br><br><br>**ORDER GRANTING DEFENDANT'S MOTION TO ALLOW AMENDMENT OF DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES** |

| | |
|---|---|
| Marlo D. Smith (P70362)<br>MD Smith Law Office, PLLC<br>Attorney for Plaintiffs<br>137 N. Park Street, Suite 101-B<br>Kalamazoo, MI 49007<br><br>Michael H. Perry (P22890)<br>Fraser Trebilcock Davis & Dunlap, P.C.<br>Co-Counsel for Plaintiffs<br>124 W. Allegan, Suite 1000<br>Lansing, Michigan 48933<br>(517) 482-5800 | Douglas A. Donnell (P33187)<br>Ronald M. Redick (P61122)<br>Mika Meyers Beckett & Jones PLC<br>Attorneys for Defendant<br>900 Monroe Avenue, NW<br>Grand Rapids, MI 49503<br>(616) 632-8000 |

This matter having come before the Court on the parties' Stipulation to Allow Amendment of Defendant's Answer to Plaintiffs' Second Amended Complaint and Affirmative Defenses, and the Court having reviewed the parties' Stipulation,

NOW, THEREFORE, IT IS ORDERED that Defendant shall be entitled to file the Amended Answer to Plaintiffs' Second Amended Complaint and Affirmative Defenses attached to the parties Stipulation.

Date:  May 11, 2010          /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge